JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>S. ROSMAN ENTERPRISES, INC.; BURLINGTON COAT FACTORY DIRECT CORP.; ROCK L.A. FASHION, LLC; <br><br>　　　　Defendants. | CASE NO. CV 11-01848 MMM (SHx) <br><br> JUDGMENT FOR CROSS-COMPLAINANT BURLINGTON COAT FACTORY DIRECT CORP. |

On November 30, 2012, the court entered judgment for cross-complainant Burlington Coat Factory Direct Corporation against cross-defendant Rock L.A. Fashion, LLC. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Burlington recover from Rock L.A. Fashion, LLC $73,540.50. This sum shall bear post-judgment interest at the annual rate of 0.16% per year; and

2. The action is hereby dismissed.

DATED: November 30, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE